# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARK HENDERSON  
ADC #78763                                                                            PLAINTIFF

v.                    CASE NO. 5:19-CV-00074 BSM

JAMES SHIPMAN,  
Warden                                                                              DEFENDANT

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 29] has been received. After careful review of the record, the RD is adopted. James Shipman's motion for summary judgment [Doc. No. 12] is granted. This case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of February 2020.

                                                               _/s/ Brian S. Miller_  
                                                              UNITED STATES DISTRICT JUDGE